1
2
3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

6

7   UNITED STATES OF AMERICA,

8           Plaintiff,

9       v.

10   ANTONIO  SOLOMON,

11           Defendant.

**Case No.:** CR 99–40144 HSG

**ORDER CONTINUING ADMISSION AND DISPOSITION RE: SUPERVISED RELEASE VIOLATION FROM JUNE 29, 2022 TO AUGUST 10, 2022**

12

        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the admission and disposition

court appearance on the Form 12 in the above referenced case for defendant Antonio Solomon,

currently scheduled for June 29, 2022, at 10:00 a.m. before Honorable Haywood S. Gilliam, Jr., is

hereby continued to August 10, 2022, at 10:00 a.m. for admission and disposition.

        IT IS SO ORDERED.

Dated:     6/24/2022

_____
HON.  HAYWOOD S. GILLIAM, JR.
United States District Judge

ORDER RE: CONTINUE ADMISSION/DISPO TO 8/10/22
*SOLOMON*, CR 99–40144 HSG